sentially the same reasons articulated by that court.

**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Jose RAMIREZ-AYALA, Defendant-**
**Appellant**

No. 17-50271
c/w No. 17-50303
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed February 23, 2018

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee

Jose Ramirez-Ayala, Pro Se

Before JOLLY, OWEN, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jose Ramirez-Ayala has moved for leave to withdraw and has filed

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Ramirez-Ayala has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Jose Ramon CHECO, Defendant-**
**Appellant**

No. 17-40297
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

February 23, 2018

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Jose Ramon Checo, Pro Se

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jose Ramon Checo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Checo has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

